IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff, | : | CRIMINAL ACTION NO. |
| | : | |
| v. | : | 19-cr-00303-WB-1-4 |
| | : | |
| WILLIAM LIMPER, et al | : | |
|     Defendants. | : | |

## ORDER

AND NOW this 22nd day of August, 2023, upon careful review of Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, (ECF #198), and there being no timely objections, it is **ORDERED** that the Report and Recommendation of Magistrate Judge Richard A. Lloret is **APPROVED** and **ADOPTED** as the finding of this Court. Based on the Report and Recommendation:

**IT IS FURTHER ORDERED** that William Limper is jointly and severally liable for $717,460.99 in restitution, because Limper was a leader of the conspiracy and bears responsibility for all the robberies and attempts. Limper shall remain responsible for continued restitution payments until each victim to whom he is responsible for restitution payments has been paid in full.

**IT IS FURTHER ORDERED** that Raul Rivera is jointly and severally liable for $717,460.99 in restitution, because Rivera was a leader of the conspiracy and bears responsibility for all the robberies and attempts. Rivera shall remain responsible for continued restitution payments until each victim to whom he is responsible for restitution payments has been paid in full.

**IT IS FURTHER ORDERED** that Michael Dombrowski is jointly and severally liable for $189,844 in restitution. The amount is derived from the following calculation:

| Count | Amount |
|---|---|
| 29 | $37,505 |
| 31 | $ 6,500 |
| 32 | $ 1,294 |
| 33 | $ 2,000 |
| 34 | $ 3,000 |
| 38 | $ 6,008 |
| 39 | $34,199 |
| 40 | $ 1,000 |
| 42 | $59,912 |
| 43 | $38,426 |
| Total: | $189,844 |

Dombrowski shall remain responsible for continued restitution payments until each victim to whom he is responsible for restitution payments has been paid in full.

**IT IS FURTHER ORDERED** that Robert Hopkins is jointly and severally liable for $311,880 in restitution. The amount is derived from the following calculation:

| Count | Amount |
|---|---|
| 11 | $ 1,500 |
| 15 | $36,000 |
| 21 | $ 7,000 |
| 22 | $42,500 |
| 35 | $    300 |
| 38 | $ 6,008 |
| 40 | $ 1,000 |
| 42 | $59,912 |
| 43 | $38,426 |
| 44 | $12,777 |
| 45 | $31,000 |
| 47 | $ 7,126 |
| 48 | $30,985 |

| | |
|---|---|
| 49 | $33,546 |
| 50 | $ 5,800 |
| Total: | $311,880 |

Hopkins shall remain responsible for continued restitution payments until each victim to whom he is responsible for restitution payments has been paid in full.

**BY THE COURT:**

*/s/ Wendy Beetlestone*
**HON. WENDY BEETLESTONE**
**United States District Judge**